JAMES J. REAGAN, Plaintiff-Appellant, *v.* A. S. KRISOR *et al.,* Defendants-Appellees.

(No. 60080; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

First District (3rd Division)—October 3, 1974.

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Opinion by Mr. PRESIDING JUSTICE McNAMARA.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

James J. Reagan, *pro se.*

Rudnick, Wolfe, Snyderman & Foreman, of Chicago (Lester D. Foreman and Stanley N. Gore, of counsel), for appellees.